# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30332

XL SPECIALTY INSURANCE COMPANY,

Plaintiff

v.

BOLLINGER SHIPYARDS, INCORPORATED, ET AL,

Defendants

-------------------------------------------------------------------------------------------------------

BOLLINGER SHIPYARDS, INCORPORATED; BOLLINGER SHIPYARDS LOCKPORT, L.L.C.; HALTER BOLLINGER JOINT VENTURE, L.L.C.,

Plaintiffs - Appellants

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA; CHARTIS CLAIMS, INCORPORATED,

Defendants - Appellees

United States Court of Appeals
Fifth Circuit

**FILED**

February 18, 2015

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-2071, 2:12-CV-2167

Before REAVLEY, JONES, and ELROD, Circuit Judges.

No. 14-30332

PER CURIAM:*

The district court judgment is affirmed because the claim of the alleged wrongful act by Bollinger Shipyards was made on the date of the tolling agreement in 2008 before the policy period in 2011.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2